Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:          (415) 861-4415
Facsimile:          (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**JUAN ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF TRACY, ET AL.,<br><br>　　　　Defendants. | No. 15-CV-0751-WBS-KJN<br><br>**ORDER RE:**<br>**CONTINUATION OF INITIAL**<br>**SCHEDULING CONFERENCE** |

Good cause appearing, it is hereby ordered as follows:

The initial scheduling conference herein is continued to **November 23, 2015 at 2:00 p.m.** in Courtroom 5.

Counsel for plaintiff should be aware of the time limitations and procedural requirements for effecting service of the complaint.  See Rule 4 of the Federal Rules of Civil Procedure.

A Joint Status Report is due on or before **November 9, 2015**.

**IT IS SO ORDERED.**

Dated:  July 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER