Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:   (415) 861-4415
Facsimile:   (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**JUAN ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA, | No.   15-CV-0751-WBS-KJN |
| Plaintiff, | **ORDER RE:** |
| v. | **CONTINUATION OF INITIAL SCHEDULING CONFERENCE** |
| CITY OF TRACY, ET AL., | |
| Defendants. | |

Good cause appearing, it is hereby ordered as follows:

The initial scheduling conference herein is continued to February 16, 2016, at 1:30 p.m., in Courtroom 5.

A Joint Status Report is due on or before February 2, 2016.

**IT IS SO ORDERED.**

**Dated:  November 18, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Espinoza v. City of Tracy, et al.
Order

PC0050RD