Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:		(415) 861-4415
Facsimile:		(415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**JUAN ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF TRACY, ET AL.,<br><br>        Defendants. | No. 15-CV-0751-WBS-KJN<br><br>**ORDER RE:<br>CONTINUATION OF INITIAL<br>SCHEDULING CONFERENCE** |

Good cause appearing, it is hereby ordered as follows:

The initial scheduling conference herein is continued to **April 25, 2016 at 1:30 p.m.,** in Courtroom 5, upon the condition that service be effected upon all defendants **before the end of February, 2016.**

A Joint Status Report is due on or before **April 11, 2016**.

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE