Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:		(415) 861-4415
Facsimile:		(415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**JUAN ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF TRACY, ET AL.,<br><br>　　　　Defendants | No.  15-CV-0751-WBS-KJN<br><br>**ORDER RE:**<br>**CONTINUATION OF INITIAL**<br>**SCHEDULING CONFERENCE** |

Upon Plaintiff's Application, it is hereby ordered as follows:

　　The initial scheduling conference herein is continued to **August 1, 2016 at 1:30 p.m**., in Courtroom 5.

　　A Joint Status Report is due on or before **July 18, 2016**.

　　**IT IS SO ORDERED.**

Dated:  April 20, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE