UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| JUAN ESPINOZA, | Civ. No. 2:15-751 WBS KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CITY OF TRACY, CHIEF OF POLICE GARY HAMPTON., R. LEON CHURCHILL, JR., and DOES 1 through 40, inclusive, | |
| Defendants. | |

----oo0oo----

This matter came on for hearing on August 15, 2016. Russell Robinson appeared as counsel for plaintiff. After conferring with counsel and for the reasons stated at the hearing, IT IS HEREBY ORDERED that:

(1) service upon all named defendants shall be effected by no later than August 25, 2016;

(2) if service upon all named defendants is not effected by August 25, 2016, this matter shall be dismissed for lack of prosecution; and

1

1    (3) the court shall set a further Status (Pretrial
2 Scheduling) Conference once proof of service upon all named
3 defendants has been filed in accordance with Local Rule 135.
4    IT IS SO ORDERED.
5 Dated:  August 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE