Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: (415) 861-4416
Facsimile: (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**JUAN ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF TRACY, ET AL.,<br><br>       Defendants. | No.  15-CV-0751-WBS-KJN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ROSS L. WEINER TO APPEAR TELEPHONICALLY** |

The Court, having reviewed the unopposed request of Russell A. Robinson to appear telephonically, on behalf of Plaintiff Juan Espinoza at the hearing on Defendants' Motion to Dismiss pursuant to Rule 12(b)(6), set on November 14, 2016, at 1:30 p.m. in Courtroom 5 before the Honorable William B. Shubb,

After due consideration by the Court, Plaintiff Juan Espinoza's Request for attorney Russell A. Robinson to appear telephonically is **GRANTED**.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. Robinson's email address is rlaw345@gmail.com and, on the day and at the time of the hearing, he can be reached telephonically at 415-861-4416.

    **IT IS SO ORDERED**.

Dated:  November 3, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE