Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Arlin Kachalia, Bar No. 193752
akachalia@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:   415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendants CITY OF TRACY
and R. LEON CHURCHILL, JR.

Russell A. Robinson (163937)
LAW OFFICE OF RUSSELL A. ROBINSON
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: (415) 861-4416
Facsimile: (415) 431-4526
rlaw345@gmail.com

Attorneys for Plaintiff JUAN ESPINOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TRACY, CHIEF OF POLICE GARY HAMPTON, R. LEON CHURCHILL, JR., AND DOES 1 through 40, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  2:15-cv-00751-WBS-KJN<br><br>Complaint Filed: April 6, 2015<br><br>**STIPULATION CONTINUING JOINT STATUS CONFERENCE AND RELATED DATES; [PROPOSED] ORDER** |

7995730.5 TR318-021                                                                    CASE NO.:  2:15-CV-00751-WBS-KJN

STIPULATION CONTINUING JOINT STATUS CONFERENCE AND RELATED DATES;
[PROPOSED] ORDER

TO THE HONORABLE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF TRACY and R. LEON CHURCHILL, JR. ("Defendants") and Plaintiff Juan Espinoza ("Plaintiff") (collectively the "Parties"), through their respective undersigned attorneys of record, hereby stipulate and agree as follows:

A. WHEREAS, Plaintiff filed his Complaint on April 6, 2015;

B. WHEREAS, Defendants were served with the Complaint on August 25, 2016;

C. WHEREAS, Defendants and Plaintiff stipulated to a 14-day extension for Defendants to respond to Plaintiff's Complaint;

D. WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on September 29, 2016;

E. WHEREAS, on October 5, 2016, the Court scheduled a Joint Status Conference for January 3, 2017, ordering the parties 1) to meet and attempt to agree upon a FRCP 26(f) discovery plan 21 calendar days in advance, on or before December 13, 2016; and 2) to submit a JOINT status report 14 days in advance, on or before December 20, 2016;

F. WHEREAS, on November 15, 2016, the Court granted Defendants' Motion to Dismiss in its entirety with leave to amend;

G. WHEREAS, Plaintiff filed an Amended Complaint on December 5, 2016.

H. WHEREAS, Defendants intend to file a Motion to Dismiss the Amended Complaint on or before December 22, 2016, with a motion hearing date anticipated to be in February 2017;

NOW THEREFORE, the Plaintiffs and Defendants stipulate, by and through their counsel and pursuant to Court approval, that:

1. That in the interest of justice and to minimize litigation costs and the expenditure of public resources, and because Plaintiff recently filed an Amended Complaint on December 5, 2016, the case is not at issue, and Defendants will be filing a Motion to Dismiss the Amended Complaint on or before December 22, 2016, the parties

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

1  request that this Court continue the Joint Status Conference from January 3, 2017, in Courtroom 5 of the above-entitled Court, to April 10, 2017, or as soon thereafter as the Court's schedule permits, and that the related dates be continued accordingly.

2. No party will be prejudiced by a continuance of the Joint Status Conference from January 3, 2017 to April 10, 2017.

3. The parties further stipulate 1) that a Joint Status Report must be filed 14 calendar days in advance of the continued joint status conference; and 2) to meet and attempt to agree upon a FRCP 26(f) discovery plan 21 calendar days in advance of the continued joint status conference.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  December 9, 2016

Respectfully submitted,

LIEBERT CASSIDY WHITMORE

By:   /s/ *Jesse J. Maddox*
Jesse J. Maddox
Arlin Kachalia
Attorneys for Defendants CITY OF TRACY
and R. LEON CHURCHILL, JR.

Dated:  December 9, 2016

LAW OFFICE OF RUSSELL A. ROBINSON

By:
*/s/ Russell A. Robinson*
Russell A. Robinson
Attorneys for Plaintiff JUAN ESPINOZA

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

7995730.5 TR318-021    2    CASE NO.: 2:15-CV-00751-WBS-KJN
STIPULATION CONTINUING JOINT STATUS CONFERENCE AND RELATED DATES; [PROPOSED] ORDER

*ESPINOZA V. CITY OF TRACY, ET AL.*

Case No.: *2:15-cv-00751-WBS-KJN*

**ORDER**

1. The Joint Status Conference is continued from January 3, 2016, to April 10, 2017 at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

2. At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).

3. Pursuant to Local Rule 240, the parties shall submit to the court a JOINT Status Report fourteen (14) calendar days prior to the continued date of the joint status conference, as described in this Court's October 5, 2016 order, and no later than March 27, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: December 12, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

7995730.5 TR318-021    3    CASE NO.: 2:15-CV-00751-WBS-KJN
STIPULATION CONTINUING JOINT STATUS CONFERENCE AND RELATED DATES; [PROPOSED] ORDER