Russell A. Robinson, State Bar #163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco CA 94102
Tel:    (415) 861-4416
Fax:    (415) 431-4526
rlaw345@gmail.com


Counsel for Plaintiff
JUAN ESPINOZA



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JUAN ESPINOZA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TRACY and R. LEON CHURCHILL,<br><br>    Defendants. | Case No. 15-CV-00751-WBS-KJN<br><br>**STIPULATION TO WITHDRAW STIPULATED REQUEST TO CONTINUE HEARING OF DEFENDANTS' MOTION TO DISMISS; [~~PROPOSED~~] ORDER**<br><br>Hearing Date:    February 6, 2017<br>Time:    1:30 p.m.<br>Courtroom:    5, 14th Floor<br>Judge:    Hon. William B. Shubb<br>Trial Date:    Not set. |

Stip re: Withdrawal
CASE NO. **15-CV-00751-WBS**

## STIPULATION

The parties to this action, Plaintiff JUAN ESPINOZA and Defendants CITY OF TRACY and R. LEON CHURCHILL, through their respective counsel, stipulate as follows:

Whereas the parties met and conferred beginning January 27, 2017, at the request of Plaintiff's counsel, who had a calendar conflict with this hearing set for February 6, 2017;

Whereas counsel for all parties agreed the hearing on the Motion to Dismiss would be continued to either February 21, 2017, or March 6, 2017;

Whereas a stipulation and order for continuance was filed the morning of January 30, 2017 [Docket Number 39];

Whereas the need of Plaintiff's counsel for the continuance no longer exists as of 1:00 p.m., on January 30, 2017;

and,

Whereas, the parties through counsel wish to withdraw the stipulation [Docket Number 39] and to proceed to hearing on February 6, 2017, as originally noticed.

NOW THEREFORE the parties stipulate as follows:

The parties jointly request that the stipulation to continue the hearing [Docket Number 39] be withdrawn and no action be taken upon said stipulation by the Court other than its withdrawal.

**IT IS SO STIPULATED.**

Stip re: Withdrawal
CASE NO. **15-CV-00751-WBS**

Dated:  January 30, 2017

<div style="margin-left:40%">

LIEBERT CASSIDY WHITMORE
ARLIN B. KACHALIA


By:  /s/  Arlin B. Kachalia
ARLIN B. KACHALIA

Attorneys for Defendants
CITY OF TRACY AND R. LEON CHURCHILL


Dated:  January 30, 2017

Law Office of Russell A. Robinson


By:  /s/  Russell A. Robinson
RUSSELL A. ROBINSON

Counsel for Plaintiff
JUAN ESPINOZA

</div>

## ORDER
## PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN,

The Court hereby orders that the subject stipulation [Docket Number 39] is hereby deemed withdrawn, and this matter shall proceed to hearing on February 6, 2017, as originally noticed.

**IT IS SO ORDERED.**

Dated:  January 30, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip re: Withdrawal
CASE NO. **15-CV-00751-WBS**