UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA | No. 2:15-cv-0751-WBS-KJN |
| Plaintiff, | |
| v. | ORDER |
| CITY OF TRACY, et al., | |
| Defendants. | |

On December 14, 2017, pursuant to the parties' request, the court conducted an informal telephonic discovery conference in this matter. Attorney Russell Robinson appeared on behalf of plaintiff, and attorney Arlin Kachalia appeared on behalf of defendants. After considering the parties' joint letter brief (ECF No. 50), as well as the arguments of counsel at the conference, IT IS HEREBY ORDERED that:

1. Plaintiff shall provide supplemental responses to defendants' requests for admission and requests for production of documents, as well as any responsive documents and a privilege log, no later than December 18, 2017.
2. Plaintiff shall provide amended initial disclosures, providing a proper computation of each category of damages claimed by plaintiff, no later than December 18, 2017.
3. The parties shall promptly meet and confer regarding, and prepare, a stipulation and

proposed protective order for the court's consideration and approval.  Such a stipulation and protective order should address the disclosure or production of any confidential or proprietary information or documents in this action, including the personnel records of Mr. Churchill Jr.  To the extent that any of Mr. Churchill Jr.'s records are already properly in the public domain, such documents shall not be entitled to a designation of confidentiality pursuant to any stipulated protective order.

IT IS SO ORDERED.

Dated:  December 15, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE