UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TRACY, et al.,<br><br>    Defendants. | No. 2:15-cv-0751-WBS-KJN<br><br><br>ORDER |

On March 8, 2018, pursuant to the parties' request, the court conducted an informal telephonic discovery conference in this matter. Attorney Russell Robinson appeared on behalf of plaintiff, and attorneys Arlin Kachalia and Jesse Maddox appeared on behalf of defendants. After considering the parties' joint letter brief (ECF No. 63), as well as the arguments of counsel at the conference, IT IS HEREBY ORDERED that:

1. Defendants' continued deposition of plaintiff Juan Espinoza, set for March 9, 2018, shall last for 2.5 hours.
2. At the deposition, Juan Espinoza shall answer defendants' questions regarding text messages and photos that were allegedly sent using a City-issued iPhone, with the understanding that such testimony is subject to the stipulated protective order (ECF No. 58).

1

3. The court reserves decision of any issues of admissibility that may arise concerning the deposition testimony.

IT IS SO ORDERED.

Dated: March 9, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE