RUSSELL A. ROBINSON (SBN 163937)
LAW OFFICE OF RUSSELL A. ROBINSON
345 GROVE STREET, 1ST FLOOR
SAN FRANCISCO CA 94102
TEL: 415.861.4416
FAX: 415.431.4526
RLAW345@GMAIL.COM

Counsel for Plaintiff
**JUAN ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESPINOZA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TRACY, et al.<br><br>Defendants. | Case No. 2:15-cv-00751-WBS-KJN<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR LEAVE TO FILE OPPOSITION TWO DAYS AFTER DEADLINE OF APRIL 30, 2018**<br><br>**[Jury Trial Demanded]** |

Upon Plaintiff's Application, it is hereby ordered as follows:

Plaintiff's Request for Leave to File Opposition to defendants' Motion for Summary Judgment and/or Adjudication is granted.

Plaintiff's Opposition to the Motion for Summary Judgment and/or Adjudication shall be filed on or before May 2, 2018. Defendants' Reply shall be filed on or before May 9, 2018.

Hearing on this motion shall be on May 21, 2018, at 1:30 pm.

**IT IS SO ORDERED.**

**Dated: May 3, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER